IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHAVA RACHEL MARK, et al.

    Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN

    Defendant.
_____/

Case No. 20-cv-00651(TNM)

## ERRATA

Plaintiffs respectfully submit this Notice of Errata, and state as follows:

Although the Plaintiffs are all United States citizens, they are not all native English speakers. Most speak and write primarily in Hebrew. Accordingly, the spelling of the names of some of the Plaintiffs in the complaint and subsequent filings does not conform to the official spelling of their legal names as reflected in their U.S. passports and/or birth certificates that were filed with the Court on May 5, 2021. *See* ECF No. 24.

Plaintiffs file this Notice of Errata to indicate the correct spellings of the Plaintiffs' legal names as reflected in their U.S. citizenship documents, and to request that the Court adopt and apply the correct spellings. The necessary corrections and clarifications in the spelling of Plaintiffs' names are as follows:

1. Plaintiff Avi Batt was identified as "Avraham Batt" in the Complaint. However, his U.S. passport identifies him as "Avi," which is a nickname for Avraham. See Declaration of Avi Batt ECF No. 24-3.

2. Plaintiff Orit Chaya Mark-Ettinnger spells her name as indicated in this paragraph and in her current U.S. passport. Exhibit A.

1

3. Plaintiff Miriam Mark filed a Declaration of U.S. citizenship (ECF No. 24-7) in which she stated that she had her first name legally changed to "Mir." However, this name change was registered in Israel only; her legal name on her U.S. documentation remains, Miriam Mark. Accordingly, Ms. Mark should be referred to as "Miriam Mark."

Dated: May 9, 2022                                        Respectfully submitted,

                                                                               /s/ Asher Perlin
                                                                              Asher Perlin
                                                                              LAW OFFICE OF ASHER PERLIN
                                                                              Bar I.D. FL0006
                                                                              4600 Sheridan Street, Suite 303
                                                                              Hollywood, Florida 33021
                                                                              786-233-7164
                                                                              asher@asherpelin.com

                                                                              *Attorney for Plaintiffs*