# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CHAVA RACHEL MARK,** *et al.*,

    Plaintiffs,

v.

**ISLAMIC REPUBLIC OF IRAN**,

    Defendant.

Case No. 1:20-cv-00651 (TNM)

## ORDER

Upon consideration of the Plaintiffs' Motion for Default Judgment, the pleadings, and relevant law, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Plaintiffs' [33] Motion for Default Judgment is GRANTED IN PART and DENIED IN PART. The motion is granted in part insofar as individual Plaintiffs are awarded the following damages:

- Chava Mark is awarded $9,000,000 in pain and suffering damages, $13,000,000 in solatium damages, and $22,000,000 in punitive damages for a total of $44,000,000;

- Tehila Mark is awarded $5,000,000 in pain and suffering damages, $10,000,000 in solatium damages, and $15,000,000 in punitive damages for a total of $30,000,000;

- Pdaya Mark is awarded $3,000,000 in pain and suffering damages, $10,000,000 in solatium damages, and $13,000,000 in punitive damages for a total of $26,000,000;

- The Estate of Shlomi Mark is awarded $10,000,000 in solatium damages and $10,000,000 in punitive damages for a total of $20,000,000;

- Shira Mark Harif is awarded is awarded $10,000,000 in solatium damages and $10,000,000 in punitive damages for a total of $20,000,000;

- Netanel Mark is awarded $11,250,000 in solatium damages and $11,250,000 in punitive damages for a total of $22,500,000;

- Yehoshua Mark is awarded $10,000,000 in pain and suffering damages and $10,000,000 in punitive damages for a total of $20,000,000;

- Miriam Mark is awarded $10,000,000 in solatium damages and $10,000,000 in punitive damages for a total of $20,000,000;

- Orit Mark Ettinger is awarded $11,250,000 in solatium damages and $11,250,000 in punitive damages for a total of $22,500,000;

- R.L.M. is awarded $11,250,000 in solatium damages and $11,250,000 in punitive damages for a total of $22,500,000;

- E.B.M. is awarded $11,250,000 in solatium damages and $11,250,000 in punitive damages for a total of $22,500,000;

- Ayelett Batt is awarded $2,500,000 in pain and suffering damages and $2,500,000 in punitive damages for a total of $5,000,000;

- Elisheva Hirshfeld is awarded $1,250,000 in pain and suffering damages and $1,250,000 in punitive damages for a total of $2,500,000;

- Aryeh Batt is awarded $1,250,000 in pain and suffering damages and $1,250,000 in punitive damages for a total of $2,500,000;

- Avi Batt is awarded $1,250,000 in pain and suffering damages and $1,250,000 in punitive damages for a total of $2,500,000.

The motion is also granted in part insofar as Plaintiffs seek punitive damages but denied in part insofar as Plaintiffs seek three times the amount of compensatory damages. The Court

awards an amount in punitive damages equal to compensatory damages, $141,250,000, to be apportioned, as described above, according to Plaintiffs' compensatory damages.

The motion is denied in part insofar as Plaintiffs seek costs and allowance of reasonable fees for their counsel and experts.

**SO ORDERED**.

This is a final, appealable Order. The Clerk of Court is directed to close the case.

Dated: September 8, 2022 　　　　　　　　　　　　　TREVOR N. McFADDEN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge