CO 939
Rev. 12/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

MARK et al
_____
Plaintiff(s)

vs.

Civil Action No.: __20-cv-00651-TNM__

ISLAMIC REPUBLIC OF IRAN
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __30th__ day of _____January_____, 20 23 ,
I mailed:

1. ☐ One copy of the summons and complaint        by registered mail, return receipt requested        , to
the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit        , together with a translation of each into
the official language of the foreign state, by registered mail, return receipt requested   , to the head of
the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the  default judgment                        , together with a translation of each
into the official language of the foreign state, by FedEx                        , to the
U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN:
Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint        , together with a translation of each into the official
language of the foreign state, by registered mail, return receipt requested        , to the agency or
instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: _____
/s/ Erica Duncan
Deputy Clerk